FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMMY HODGE BYKERK, the martial community thereof, and ROCKY BYKERK, the martial community thereof, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHANIE BOWDISH, ARNP MD, <br><br> Defendant. | No.  2:21-cv-00075-SMJ <br><br> **ORDER DISMISSING CASE** |

On March 26, 2021, the parties filed a stipulated dismissal, ECF No. 5. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

**1.** The parties' Motion for Entry of Stipulated Order of Dismissal, **ECF No. 5**, is **GRANTED**.

**2.** All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 29th day of March 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2